Commonwealth *v.* Simpson, Appellant.

Argued September 9, 1975. *Richard M. Simpson,* appellant, *in propria persona; Joseph C. Madenspacher,* Assistant District Attorney, with him *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Order affirmed; petition for reargument refused April 21, 1976.

Commonwealth *v.* Smith, Appellant.

Submitted December 16, 1975. *Edward F. Browne, Jr.,* Assistant Public Defender, for appellant; *Robert A. Longo,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Smith, Appellant.

Submitted September 11, 1975. *Richard H. Knox,* and *Reinl, Lockwood & Knox,* for appellant; *Daniel P. McElhatton, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.